| | |
|---|---|
| 1 | CRAIG A. HENDERSON DESOUZA |
| 2 | INJURY LAWYERS CAL. BAR NO. 257164 |
| 3 | 4047 NACO PERRIN, STE 100 SAN ANTONIO, TEXAS 78217 |
| 4 | ATTORNEYS FOR PLAINTIFF |
| 5 | PHONE: 210-328-9219 CRAIG@JFDLAWFIRM.COM |
| 6 | SCHEDULING@JFDLAWFIRM.COM |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF
# CALIFORNIA

| JUAN CARLOS LEON-HERERA | Case: 5:25-cv-02325-JGB (SPx) |
|---|---|
| *Plaintiff* | |
| v. | |
| CAL FRESCO, LLC, THE SYGMA NETWORK, INC., CUSTOM PRO LOGISTICS, LLC, JORGE ZUNIGA AND ERIKA ZUNIGA D/B/A/ AS RVJ TRANSPORT AND BRAD KREIMER | **ORDER ON STIPULATION AND ORDER TO REMAND CASE TO SAN BERNARDINO SUPERIOR COURT** |
| *Defendants* | |

1  WHEREAS Plaintiff JUAN CARLOS LEON-HERERA, by and through his counsel of record, Craig Henderson, of DeSouza Injury Attorneys and Defendant CAL FRESCO, LLC., by and through its counsel of record, Steven D. Stutsman of Burrows + Stutsman LLP, and Defendant The Sygma Network, Inc., by and through its counsel of record, Brent E. Johnson of Holland & Hart LLP, and Brad Keimer and Custom Pro Logistics, LLC through and by their attorney of record, Alexander Moghaddam of Law Offices of Alexander Moghaddam PC, hereby stipulate to the remand of this matter to the San Bernadino Superior Court of California;

This action is, therefore, remanded to the Superior Court of California, San Bernardino County.

**IT IS SO ORDERED.**

Dated: October 6, 2025

UNITED STATES DISTRICT JUDGE

-2-